STATE OF NEW JERSEY v. WILLIAM SADLER.

February 15, 1972. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
THOMAS T. GRAY, DECEASED.

February 15, 1972. Petitions for certification denied.

MARY R. KERNOR, *ET AL.* v. NEW JERSEY BELL
TELEPHONE CO.

February 15, 1972. Petition for certification granted.

M. GENEVIEVE FULLERTON NIEDER v.
ROYAL INDEMNITY INSURANCE CO., *ET AL.*

February 15, 1972. Petition and cross petition for certification are granted.

STATE OF NEW JERSEY v. RAYMOND A. PINKOS, JR.

February 15, 1972. Petition for certification denied.

TRACEY P. BAXEL v. THEODORE WASKY, *ET AL.* v.
GENERAL MOTORS CORPORATION.

February 15, 1972. Petition for certification denied.